# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DIVISION OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No:    05-65530 |
| TARA L CAREINS | | |
| 1462 MITCHELL AVENUE | : | Chapter 13 |
| ZANESVILLE, OH 43701 | | |
| | : | Judge:    C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 1, 2011                                /s/ Frank M. Pees
                                                    Frank M. Pees
                                                    Chapter 13 Trustee

**Name and Address**                                **Amount**

OSI COLLECTION                                      9.81
5626 FRANTZ RD
DUBLIN, OH 43017